IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LESLIE GREER, § | |
|     Plaintiff, § | |
| v. § | No. 3:08-CV-0160-M |
| § | |
| RICHARDSON INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
|     Defendant. § | |

## ORDER MODIFYING IN PART AND ACCEPTING IN PART THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Plaintiff filed objections, and the District Court has made a *de novo* review of the proposed Findings, Conclusions, and Recommendation. The objections are overruled except to the extent that the Plaintiff objects to attorney and paralegal time directed to preparation of a response to the motion for findings of fact ($1,330 attorney fees and $135 in paralegal fees) and time spent in filing the motion and amended motion for fees ($3,772,50 in attorney fees and $7,407.50 in paralegal fees), neither of which this Court finds should be awarded to the Defendant. Except as modified herein, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and awards the Defendant attorney and paralegal fees in the amounts of $25,723 and $2,162.50 respectively.

**SO ORDERED** this 11th day of August, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS